To:  Clerk of the Court
     U.S. District Court
     Eastern District of Virginia
     401 Courthouse Square, 2nd Floor
     Alexandria, VA  22314-5704

From: Brian Regan
      # 41051-083
      FCI - Hazelton
      P.O. Box 5000
      Bruceton Mills, WV  26525


RE: Request for case documents Case No. 1:01CR00405-001


Dear Clerk,

I am requesting a copy of DKT# 322 "SENTENCING AGREEMENT". I am also requesting an In Forma Pauperis packet, and any neccessary documents necessary to file for a non-appeal transcript at government expense, as I intend to bring an action into federal court pursuant to 28 U.S.C. § 2241.

Additionally I would ask this Court to take judicial notice, that this is the 3rd letter requesting these documents, the special administrative measures are impeding my access to this Court.

Please provide me the requested documents without further delay.

This letter is set forth pursuant to 28 U.S.C. § 1746

Respectfully submitted,
Brian Regan
#
FCI - Hazelton
Bruceton Mills, WV  26525