# In the Name of ALLAH

FILED MAIL ROOM
MAR 19 2018
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1:01cr455(1M)

In the Leonie Brinkema Court, I, Zacarias Moussaoui Strike Harry Samit for Obstruction of Justice in the USS Cole Bombing. In 2015, Harry Samit interview me on Video and made Death threat desguese as me being a US National Security threat with my Testimony against Saudi Prince Teerke, Haefa, Omar Al Bayoumi;

I want to be heared on
Harvey Samit who arrested
me and faceleted 9/11
placement/Deems when I asked
him to contact Frank Pelle
grino, 3 wks before 9/11
but Nothing happen untel
after the Attack

Saudi Royal $350
Billion Blood Money
to Trump is worth
the 3000 Devil Worshippers
Blood, ( indeed )

Slave of ALLAH

Now they Free the Saudi Terrorist
in Certine to Saud Rehab, give me a
Break, it's a Cover up.

# In the Name of ALLAH

In Leonie Brinkema Court I, Zaccarias Moussaoui, Move against Mannelletta Dominique for Obstruction of Justice I want To be Heard.

Slave of ALLAH
Zaccarias Moussaoui
so call 70th Hyacker

In the 1st of August 2018
Interview Ms Dominique
refused to take any
Actionable intelligence
I vehemently try to
Give on the USS Cole
, Saudi Prince Tewhe.
Gul, CIA, ~~All~~ FBI
Saddam, FBI, UBL
Sadiq Khan, Yaşid Seffat
Cat Steven, Bafana, Mike Schaver
Frank Pellegrino, Gul, Sauad
Al Madani, ~~Auxy~~,
Babar Ahmed, Atef Ahmed.
etc____.
Z.M.

In the Name of ALLAH

In the Leone Breinhema
Court I Zacarias Moussaoui
Strike James Fitzgerald
For Obstruction of Justice
when Fitzgerald refused
to to be my Actionable
Intelligence on the USS Cole
in the 1st of August 2018
interview in 2 Supermax.
I want to be Heard.

I want the 2015 Video interview as evidence of the Deep State cover up of Saudi Royal & 911 Mastermind with Saddam Hussein and Bin Laden who wanted to relocate Al Qaeda in the No Fly Zone in Iraq $ so it will be Terminator Of Course as the first Bush did No invade they, the Saudi, UBL, Saddam Did Nat believe Bush will be dumb to invade (Wrong). Slave of ALLAH

Zacarias Moussaoui

In the Name of ALLAH

In the Court Of Leonie Brinkema, I, Zacarias Moussaoui, Strike Gregory Young For Obstruction Of Justice in the Interview On the 1st Of August 2018. in Scepermax.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Heyacker
Genetically Non Modefied Terrorist

I, ZM, want to be
Heard on the Colleuson
Of Saudi Prince Teerks
Sadolam Hussein,
Pakistani General Gul
Usama Bin Loden and
the C I A x F B I

Thank No Thank
Z M.

# In the Name of AllAH

In the Leonie Brinkema
Court I, Zacarias
Moussaoui, Strike
Christopher Wray for
Obstruction of Justice
in the USS Cole Bombing.
Christopher Wray with
the "Deep State", CCIA, FBI
is engaged in a perversion
of Justice to Cover up the
Collusion between Saudi
Prince Turke, Saddam
Hussein, Pakistani General
Gul, Bin Laden, CIA, FBI

In 2015 a Video Interview in Seepermax Jail with Robert Murphy, Efrain Santiago James Fitzgerald and Harry Samit who made hardly veil Death threat against me as a "National Security threat, Harry Samit arrested me in 2001, 3 wks before 9/11 and play silence when I asked me to contact Frank Pellegrino on the day he arrested Me. James Fitzgerald, Gregory Young, Manuelletta Dominique refused to take any Actionable Intelligence I ZM, gave them on the

Christopher Wray obstruction of Justice. 02/27/18.

the USS Cole, Bruce Tierke Christopher Wray is using the Special Admini strative Measure to deny access to a lawyer to expose the Deep State cover up of the Royal 9/11 Saudi Attack with Saddam Hussein and Usama Bin Laden.

Slave of ALLAH.

Zacarias Moussaoui

So call 20th Hijacker

Natural Born Terrorist

P.S.

"The Greatest Jihad
Is To Speak The True
In Front Of a Tyran
and To be Kill for it"

Prophet Mohamed
Peace Be Upon Him

so Brunkema I want
to be Heard To Speak
the True.

Z.M.

# In the Name of ALLAH

02/21/18

Strike on Michael Rogers
For Obstruction of Justice
in the USS Cole for Freeing
Saudi Terrorest a/k/a
Abdallah Al Saudi so he
Does Not Snitch on Saudi
Prince Turke, Saddam
Hussein, UBL, Geel, CIA
FBI. I Want To Be Heard
in Your Court Leonie
Brinkema. the 9/11 BS
(Bogus Story) Must Stop
I want to $t Set up the Record
Straight. Not your Hollywood Crap

Saudi King Soloman
Pay $ 350 Billion Blood
Money for 9/11. Now
How Much for the Saudi
Terrorist to Go to Saudi
Rehab. Obama free
Saudi Born Sawad
Al Madani a Top 9/11
Al Qaeda who convince
Mohamed Atta to Attack
the White House and the
Pentagone with the Fatwa
of Sheir Abu Hamza and
Babar Ahmed.

Slave of ALLAH
Zacarias Moussaoui
So call 20ᵗʰ Hijacker.

In the Name of ALLAH

Strike On Robert Ashley
for Obstruction of Justice
for Freeing Today the 21st
February 2018 the Saudi
Terrorist a/k/a Abdallah
Al Saudi from Gitmo so
he does Not spell the Bean
on Saudi Prince Turke
colleesion with Pakestani
General Gul, Saddam
Hussein, Usama Bin Laden
the CIA, FBI for the 9/11
& USS Cole Consperacy
I want to be Freeed to
Connect the 9/11 Dots

Harvey Samet (FBI) cover
up Frank Pellegrino when
he arrested Me (ZM) 3 week
before 9/11 and play dumb
even when I asked him to
contact Pellegrino

The Deep State (CIA & FBI
already free 9/11 Top
AlQaeda Saeed Al Madani
from Gitmo, Trump say
the Saudi Terrorist is
going to Rehab. Make No
Mistake, Once a Terrorist Always
A Terrorist. cc BRINKEMA
                    Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker. NBT

# In the Name of ALLAH

Strike Mike Pompeo
for Obstruction of
Justice for Freeing
Saudi Terrorist from
Gitmo to Cover up.
CIA Mike Schauer
FBI Frank Pellegrino
Saudi Prince Turke.
Sadiq Khan (London Mayor)
Cat Steven, Saddam Hussein, Sheer Abu Hamza, Saaad
Al Madani, Babar Ahmed
Yazid Sufaat, Bakana,
Abu Zubayda, etc.

# DJ LEONIE BRINKEMA

# I MUST BE HEARD

# ON 9-11 × USSCOLE

# SAUDI ROYAL CONSPIRACY

# × CIA, FBI, UBL

World True Court
will Judge your
9-11 Justice
Leonie Brinkema

Slave of ALLAH
Zacarias Moussaoui
socall 20th Hijacker
Winner Terrorist Champion

In the Name of ALLAH
STRIKE DONALD J TRUMP
FOR OBSTRUCTION OF
9/11 JUSTICE !!! ...

I, Zaccarias Moussaoui, Move
to Strike in Leonie Brinkema
Court Donald J Trump,
for Obstruction of Justice
in the USS Cole case to cover
up the Collusion of Saudi
Prince Turke General Geel
Saddam Huissein, CIA-FBI
with Usama Bin Laden
In the Interest of 9/11
Justice I want to be Heard

Leonie Brinkema United State Judge Must Not be Part of Deep State Cover up of 9/11 and USS Cole Bombing by Denying my Strike to be Heard

Justice Delay is Justice Deny. America and the World have Waited Enough The True Must Come Out the Saudi, Saddam, UBL CIA - FBI Must Pay.

Slave of ALLAH
Zacarias Moussaoui

# In the Name of ALLAH

Strike on Don Coat
Obstruction of Justice
by Freeing the Saudi
Terrorist from Gitmo
DJ Leonie Brinkema
I must be Heard on the
Deep State Coverup of
Saudi Prince Teorke, Pakistani General Gul, Saddam
Hussein, CIA FBI
collusion with UBL
I want to be Heard
on 9/11 x USS Cole
Sheik Abu Hamza
Babar Ahmed

Sadiq Khan, Cat Steven
Mike Schauer, Frank
Pellegrino, Sawad
Al Maodani, Yazid Suffat
Abu Bakr Bafana, etc
Leonie Brinkema
you must Not deny
the 9/11 True to
America and the World
True Civilization

Slave of AllAH
Zacarias Moussaoui
so call 20th Hijacker
World Terrorist Combatant

Cm-18-046-022

Name: HOUSSIOULI
Reg. No.: 51727-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

District Judge Leonie Brinkema
US District Court for the Eastern District
of Virginia, 401 Courthouse Square
Alexandria, Virginia, 22314-5799