# In the Name of ALLAH

Rec'd 10-8-18

1:01CR455

DJ Leonie Brinkema
10/18/18.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hyacker

Subject: Frank Dunham 9/11 CIA cover up.

For the record you should know that I, Zacarias Moussaoui informed Frank Dunham of my dealing with the CIA Michael Schauer and Frank Pellegrino and FBI Harvey Samit. I, Zacarias Moussaoui requested Frank Dunham to inform Harvey Samit to inform Frank Pellegrino that I will demand the death penalty but they must let Hussein AlAttas go without any charge. Hussein AlAttas had agreed to go on Jihad with me and potentially was going to be on my 747-400

Slave of ALLAH
Zacarias Moussaoui

P.S.—

# GOD
# CURSE

Ugly Satan of Abomination

a/k/a Amerikkka