# In the Name of ALLAH

12/24/18

DJ Breinbrena      Slave of ALLAH
                   Zacarias Moussaoui
RECEIVED
MAILROOM
☐ 5 2019
CLERK, U.S. DIST.
ALEXANDRIA.
                   so call 20th Hyacher

For your info Leonie here
are two others 9/11 "co-
consperator" (potential)
Abdel Kader (who was
arrested by the FBI after 9/11
and Omar. Both had "pass"
the Heroine Cocktail Test.
(to poeson thee drink of an LGBT
a/k/a Sodom & Gomorrean)
Of Course Hussein Al Attas
pass the Heroine Cocktail Test
with high 9/11 Moek.
(all member of Norman Oklahoma Mosq.)
                   Slave of ALLAH
                   Zacarias Moussaoui

19-57427054-0307-mo-14

Name: MOUSSAOUI
Reg No: 51627-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

DENVER CO 802

12 MAR 2019 PM 2 L

DJ Leonie Brinkema
US District Council for the Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia 22314-5798

2231485798 003i