# In the Name of ALLAH

1: 01CR455

DJ Leonie Brinkema

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hyacker

OBJECT: Hussein Al Attas, Imam Suaib, Bro Abdel Kader Bro Omar Heroin Cocktail poissoning of 6 American in Oklahoma

RECEIVED MAILROOM MAR 5 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

On Friday 15 of February 2019 Captain Ricolal, LT B Soohoo. LT Scarborough threaten me. To be kill like high profile inmate Bulger ing as To stop me to testify on the Saudi / CIA 9/11, the Cole Bombing and the Heroine Cocktail poissoning of 6 American in Oklahoma by Hussein Al Atta Imam Suaib, Bro Abdel Kader

Bro Omar, The poisoning enable Hussein to prove to me that he was dedicated to be the Real 20th Hijacker as Mohamed Atta could not get a visa for him a brother.

I demand in the interest of 9/11 Justice to be heard and to have a deposition before Supermax Warden Andre Matevousian has me kill like Bulger.

(Imam Suwais, Bro Abdelkade, Bro Omar attended with me Norman Oklahoma Mosq in 2001

Slave of ALLAH
Zacarias Moussaoui

PS: Not to forget that thank to Frank Dunham I exchange my guilty plea for the Death penalty for the freedom of Hussein Al Attas.

19-51427054-0307-mo4

Name: MOUSSAOUI
Reg. No.: 51427-054
U.S. Penitentiary Max.
P.O. Box 8500
Florence, CO 81226-8500

U.S. MARSHALS INSPECTED

DENVER CO 802
12 MAR 2019 PM 2 L

Leonie Brinkema
U.S. District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia 22314-5799

22314-579999