# In the Name of ALLAH

1:01CR455

Rec'd 4/6/20

District Judge
Leonie Brinkema
03/23/20.

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hijacker

Subject: Legal Representation by Rudolph W Giuliani and Alan Dershowitz To petition your Court to vacate my guilty plea and order a new 9/11 Trial.

"Justice Delay is Justice deny" to the 9/11 Survivors Famillies

I enclose with this letter the Notification of the Modification of the SAM that authorize me to contact attorney Rudolph W. Giuliani and Alan Dershowitz for legal representation as I petition your Court to vacate my guilty plea and order a new 9/11 Trial.

I have written to Rudolph Giuliani and Alan Dershowitz (certified mail) so they will represent me in front of your court but in the past ADX have deny the reply of the ACLU Colorado that also had been approved

I enclose the copy of the SAM notification modification to contact the ACLU Colorado and the notice of Returned correspondence by Supermax and Supermax attorney I. Guy claiming that the attorney mail must not be marked as "Legal" or "Special". However as your Court will surely understand this is only FBI, x ADX dirty tactic as nothing in the modification of the SAM preclude that the Mail be marked as Special or Legal. The language speak for itself "their responses will be treated as non-legal". Of Course attorney I. Guy know that and also know that "Special" "Legal" is legally required if the mail is to be legally protected during the mailing process and if lost.

Then the ACLU respond to my second letter about their first letter being rejected. And this time I was not even given notice that I read ACLU reply until I complain to Magistrate Judge Hegarty visited the H unit and Attorney I. Guy in the evening gave me

the second reply of the ACLU marked "Privilege Mail". Apparently this ACLU letter had been for 3 weeks in T. Cuy hand. I have written recently to ACLU but the attorney Guy ignore my request for information on ACLU reply.

So your Court will understand that the FBI is effectively denying me access to an attorney so I prevented to effectively communicate with Rudy Giuliani and Alan Dershowitz so they petition your court to vacate my guilty plea and order a new trial of SITY

I petition your Court to order the DOJ, FBI, ADX To comply with the SAM modification allowing Rudy Giuliani and Alan Dershowitz even if the letter is marke "Privileg Mail" "Special" "Mail" with the understanding that it will be treated as Non legal mail (social mail)

Slave of ALLAH
Zacarias Moussaoui

As the District Judge who put my SAM in place I petition your court to instruct the US attorney office of the Eastern District of Virginia to terminate the SAM as I have written to the FBI, FBI agent Greggery Young in charge of my SAM review and annual interview that I denunce, repudiate Usama Bin Laden as a useful Idiote of the CIA/Saudi. & I also proclaim unequivocally my opposition to any terrorist action, attack, propaganda against the US and Western country and their citizen I denounce the so call Jihadist, Bin Laden, Al Qaeda, ISIS, ect. I denunce terrorism of this Jihader as being against the spirit and the letter of Islam.
I want to warn Young Muslim against the deception and the manipulation of these fake Jihadis and terrorism in the US is against ALLAH word.

Slave of ALLAH
Zacarias Moussaoui



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

Office of the Warden                Florence, CO 81226

March 16, 2020

NOTICE TO: ZACARIAS MOUSSAOUI, REGISTER NUMBER 51427-054

FROM:     B. True, Complex Warden

SUBJECT:  **Notification of Modification of Special Administrative Measures (SAM)**

    Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You have requested permission to contact attorney Alan Dershowitz to discuss possible legal representation. In order to initiate this contact while under the SAM, you must be granted specific authorization. The United States Attorney's Office for the Eastern District of Virginia (USA/EDVA) and the Federal Bureau of Investigation (FBI) both concur with your request. Therefore, you are authorized to contact Dershowitz regarding possible representation.

    Your letter to Dershowitz requesting representation and his response will be treated as non-legal mail, i.e., the FBI will review the letters prior to your outgoing letter being mailed and prior to any response from Dershowitz being delivered to you. Assuming that Dershowitz agrees to represent you, before the attorney is permitted to have attorney-client privileged contact with you, he will be given a copy of, and required to execute an attorney affirmation acknowledging receipt, of the SAM restrictions document. After that, Dershowitz's contacts with you, whether by telephone, mail, or in person, will be subject to the same conditions as are set forth in the SAM regarding contact with an attorney of record in criminal proceedings.

    All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further discretion.

Received:   March ____, 2020

                                                          Zacarias Moussaoui
                                                          Register Number 51427-054



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
☑ *Administrative Maximum Security Institution*
☐ *High Security Institution*
☐ *Medium Security Institution*
☐ *Minimum Security Institution*

*Office of the Warden*          Florence, CO 81226

March 16, 2020

NOTICE TO: ZACARIAS MOUSSAOUI, REGISTER NUMBER 51427-054

FROM:     B. True, Complex Warden

SUBJECT:  **Notification of Modification of Special Administrative Measures (SAM)**

    Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You have requested permission to contact attorney Rudy Giuliani to discuss possible legal representation. In order to initiate this contact while under the SAM, you must be granted specific authorization. The United States Attorney's Office for the Eastern District of Virginia (USA/EDVA) and the Federal Bureau of Investigation (FBI) both concur with your request. Therefore, you are authorized to contact Giuliani regarding possible representation.

    Your letter to Giuliani requesting representation and his response will be treated as non-legal mail, i.e., the FBI will review the letters prior to your outgoing letter being mailed and prior to any response from Giuliani being delivered to you. Assuming that Giuliani agrees to represent you, before the attorney is permitted to have attorney-client privileged contact with you, he will be given a copy of, and required to execute an attorney affirmation acknowledging receipt, of the SAM restrictions document. After that, his contacts with you, whether by telephone, mail, or in person, will be subject to the same conditions as are set forth in the SAM regarding contact with an attorney of record in criminal proceedings.

    All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further discretion.

Received:   March ____, 2020

                                                            Zacarias Moussaoui
                                                             Register Number 51427-054



**U.S. Department of Justice**
Federal Bureau of Prisons

Federal Correctional Complex
Florence, Colorado

---

August 14, 2019

NOTICE TO: ZACARIAS MOUSSAOUI, REG. NO. 51427-054

FROM:      Andre Matevousian, Complex Warden

SUBJECT:   **Notification of Modification of Special Administrative Measures (SAM)**

    Pursuant to the authority of the Attorney General, as set forth in Provision 1 (b) of the original SAM, a modification of your SAM has been made. You requested permission to contact attorneys Theresa Scolebotham, Pat Mika, Robert Gardner, Laura Rovner, and the Colorado ACLU to discuss possible legal representation. In order to initiate this contact while under the SAM, you must be granted specific authorization. The United States Attorney's Office for the Eastern District of Virginia (USA/EDVA) and the Federal Bureau of Investigation (FBI) both concur with your request. Therefore, you are authorized to contact Scolebotham, Mika, Gardner, Rovner, and the Colorado ACLU regarding possible representation.

    Your letters to the above-named contacts requesting representation and their responses will be treated as non-legal mail, i.e., the FBI will review the letters prior to your outgoing letter being mailed and prior to any response from one of these contacts being delivered to you. Assuming that any of the requested contacts agrees to represent you, before the attorney is permitted to have attorney-client privileged contact with you, he or she will be given a copy of the SAM and required to execute an attorney affirmation acknowledging receipt of the SAM restrictions document. After that, the attorney's contacts with you, whether by telephone, mail, or in person, will be subject to the same conditions as are set forth in the SAM regarding contact with an attorney of record in criminal proceedings.

    All other SAM provisions will continue in full force and effect for the remainder of the current authorization period, subject to further discretion.

Received:   August 21, 2019

_____
Zacarias Moussaoui
Register Number 51427-054

## RESPONSE TO INMATE REQUEST TO STAFF MEMBER

Name:  Zacarias Moussaoui

Register Number:  51427-054                    Unit:  H-Unit (ADX)

This is in response to your request to staff in which you requested information rejected mail from the ACLU.

A review of the issues presented has been conducted. Your Special Administrative Measures (SAM) were modified on August 1, 2019, allowing you to contact specific attorneys (including the ACLU of Colorado) to seek legal representation. The modification permits social (non-legal) contact at this time. Therefore, you may contact the specified attorneys and seek their legal representation. They are permitted to reply to you for the limited purposes of advising you whether they will accept you as a client. That communication from the attorney(s) is considered non-privileged or non-legal (social) correspondence and is to be monitored in accordance with your SAM. If you hire the attorney, or otherwise retain the attorney to represent you, then you need to notify ADX legal staff and the attorney will be contacted by the U.S. Attorney's Office to sign an attorney affirmation.

It is my understanding that an attorney responding to you attempted to send "special" or "legal" (privileged) mail to you in October 2019. The correspondence was rejected due to the fact that you are not permitted to have privileged communication with the attorney at this time. The communication must be social or non-privileged. You may reach out to the attorney again for the limited purpose of seeking representation, their response to you may not be sent to you as "special" or "legal" mail.

I trust this addresses your concerns

_____                        10/30/19
I. Guy, Attorney                                  Date

BP-A0327  **RETURNED CORRESPONDENCE**
CDFRM APR 10

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO: American Civil Liberties Union | FROM: United States Penitentiary<br>Administrative Maximum<br>P.O. Box 8500<br>Florence, CO 81226-8500 |
|---|---|
| RE: MOUSSAOUI, Zacarias<br>Reg. No. 51427-054 | DATE: October 8, 2019 |

SUBJECT: Correspondence with Inmate Returned

Your correspondence to the above named inmate is being returned. This correspondence was not delivered to the inmate because the inmate is not approved to correspond with you.

---

The rejection of this correspondence is in accordance with the Federal Bureau of Prisons policy on "Correspondence" as published in Title 28 Code of Federal Regulations, Part 540 and in the Federal Bureau of Prisons Program Statement on correspondence. You have the right to appeal this rejection by writing the Warden in care of the above address. The inmate to whom you addressed your correspondence has been notified that this correspondence has been returned to you and of his or her right to appeal the rejection.

_[signature]_
B. True, Complex Warden

Record Copy - Addressee (with Correspondence); Copy - Inmate; Copy - File (with copy of Correspondence)

WDP                          Prescribed by P5800          Replaces BP-327(58) of FEB 84



Name: MOUSSAOUI
Reg No: 51427-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

DJ Leonie Brinkema
US District court for the Eastern District of
401 Courthouse Square
Alexandria, Virginia 22314-5798