# In the Name of ALLAH

District Judge
Leonie Brinkema

2/15/20

Slave of ALLAH
Zacarias Moussaoui
so call 20th Hyacker

Recd 4-21-20

Subject: Death threat by Mustafa Kamal Gang in Supermax, H unit.

Today, following the "Fatwa" (religious Order) by Mustafa Kamal a.k.a. Abu Hamza (sheer), one of his gang member in H unit Yam Mohamed Jabarra pledge to kill me with his own hand.

To the same effect other Mustafa Kamal Gang member such as Ahmed Ali (convicted for a plot to kill Bush in your courthouse), Abdallah Muttalib the Nigerian Xmas Bomber have pledge to kill me to stop me testifying for the 9/11 Victim and the 9/11 Trial in Gitmo.

As the District Judge who put in place

my SAM I petition you to vacate the SAM so I could retain a lawyer to challenge my conviction. I petition you to vacate my guilty plea as it was made as a bargain to have the real 20th Hijacker Hussein Al Attas. My petition for you to vacate my guilty plea is hereby made in the interest of Justice as the D.O.J, F.B.I have deny me access to the court and legal counsel and now in Coleman a travesty of Justice is taking place in the 9/11 Deal.

Slave of ALLAH
Zacarias Moussaoui



Name: Moussaoui
Reg. No: 51427-054
U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500
20-51427054-0313-MO-010

US District Judge Leonie Brinkema
US District Court for the Eastern District of Virginia
Alexandria, Virginia 22314-5799

RECEIVED MAILROOM
APR - 2020
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA