## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 14, 2020

_____

### RECORD REQUEST
_____

No. 20-6717,   US v. Zacarias Moussaoui
                   1:01-cr-00455-LMB-1

TO:   Fernando Galindo

Please file the record in the above-referenced case in this court. If the record is transmitted in electronic form, please ensure that any paper or sealed portions of the record are also transmitted to this office (this includes paper state court records filed in the district court).

For appeals in social security cases, please transmit any social security records filed in the district court. **For appeals stemming from criminal cases, the presentence report is required.**

If there is anything that will delay transmission of the record, please notify me.

Cathi Bennett, Deputy Clerk
804-916-2702