IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.     )<br>)<br>ZACARIAS MOUSSAOUI,   )<br>   a/k/a "Shaqil,"   )<br>   a/k/a "Abu Khalid al Sahrawi," ) | 1: 01-cr-455 (LMB) |

ORDER

Acting pro se, defendant Zacarias Moussaoui ("Moussaoui" or "defendant") has submitted a letter in which he first appears to be concerned about his Notice of Appeal not having been filed timely. The Order defendant has appealed was filed on April 23, 2020 and his Notice of Appeal was deemed filed on May 4, 2020, well within the 14-day time period. Therefore, no relief is needed.

In the remainder of his letter, the defendant appears to request that the Court find pro bono counsel to help him "challenge the SAM, expose the CIA/Saudi attack, and vacate [his] guilty plea and get a new trial." There are no proper grounds articulated in the pleadings for any of those requests. Accordingly, it is hereby

ORDERED that defendant's letter be filed as a Motion for Miscellaneous Relief, which is DENIED.

To appeal this decision defendant must file a written Notice of Appeal within fourteen (14) days of the date of this Order. Failure to timely file a notice of appeal waives defendant's right to appellate review of this decision.

The Clerk is directed to forward copies of this Order to counsel of record and defendant, pro se.

Entered this 7th day of August, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge