<u>In the Name of</u> ATTAH                           1/3

"AMERICANS FIRST"

EXCEPT FOR

AMERICANS 9/11 VICTIMS

AND

AMERICAN USS COLE MARINES

"SAUDI ROYALE FIRST"

<u>INDEED!!!</u>

RECEIVED MAILROOM
AUG 17 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

<u>In the District Court of Leonie, M. Brinkem</u>

I, Zacarias Moussaoui, Strike the US President Donald. J. Trump for declaring my Testimony to the 9/11 Victim Families a "STATE SECRET" to protect the SAUDI

## History

I, Zacarias Moussaoui, the so call 20th Hijack was arrested in St Paul, Minnesota with Hussein Al Attas a life long Saudi Resident and the Real 20th Hijacker.

I, Zacarias Moussaoui, was sentenced for Life in Jail without Parole for 9/11

I, Zacarias Moussaoui, was an USS Cole Co-Conspirator with Saudi Prince Turki Al Faisal Al Saud.

I, Zacarias Moussaoui, ~~was~~ Testify for the 9/11 Victim Lawyer in 2014 and my deposition was Declared by Donald J Trump a "State Secret" To Deny, Obstruc its use by the 9/11 Victims Families

## Argument

I, Zacarias Moussaoui, try for year to co-operate with the 9/11 Victim Lawyer sucha Sean Carter, Andrew Maloney, Robert Haefele, Jerry Goldman and Evan Kohlmann but I, ZM, is being stop, obstruct by the Chef Law Officer of the US, Donald J Trump.

I, Zacarias Moussaoui, pledge to the Military Commission to be a witness in the 9/11 Trial in Gitmo a, starting in January 2021 and in the USS Cole case even if my Testimony implicate me and indict me in a Death Penalty case

## Petition

I, Zacarias Moussaoui, petition the Court of DJ Leonie, M, Brinkema to order Supermax to produce copy of All the letters Zacarias Moussaoui has sent to US President Donald, J, Trump in the White House.

## Conclusion

This Court of District Judge Leonie, M, Brinkema will certainly understand that the US President Donald, J, Trump is currently engaged in an Obstruction of Justice for the 9/11 Victim and the USS Cole Victim to protect the Saudi Royal, who are AlQaeda Sponsor

and Co Conspirator as I, ZM, describe, explain to the US President Donald J Trump.

Indeed US President Donald Trump know for certain that Saudi Prince Turki Al Faisal Al Saud was the Real 9/11 Mastermind and a Top Co Al Qaeda Conspirator.

## Final Petition

This Court of District Judge Leonie, M, Brinkema should hold, order Open Hearing on Donald Trump obstruction of Justice for the 9/11 Victim and USS Cole Victim to protect Saudi Arabia and its Prince x Princesses.

Name: MOUSSAOUI
Reg. No: 51427-054

U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500

Leonie, M, Brinkema
District Judge
US District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia, 22314-5799