# In The Name of ALLAH

1 of 7

UNITED STATES OF AMERICA )
                         )
     v                   ) 1:01-cr-455 (LMB)
                         )
ZACARIAS MOUSSAOUI       )
  a/k/a Shaqil           )
  a/k/a Abu Khaled al Sahrawi )

FILED MAILROOM
AUG 17 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Motion For Guidance To vacate my Guilty Plea and Order a New 9/11 Trial with attorney Robert Barnes as my legal counsel.

I strike the Court of Leonie Brinkema to indicate to dictate the Process by which my 9/11 guilty Plea can be withdrawn and a True 9/11 Trial of the CIA/Saudi Attack be Order by Leonie Brinkema as the Judge and Robert Barnes as my attorney.

The FBI ongoing 9/11 CIA/Saudi coverup

in which the FBI obstruct Justice by denying me for 11 days the Order of the Court of Appeal of June 17, 2020 and giving it to me only on the 13 of July, 2020 11 days after the Court of Appeal Deadline of July 02, 2020.

Then the FBI in their almost 20 years vicious effort To Cover up the CIA/Saudi Attack have retain my Informal Brief to the Court of Appeal to July 22, 2020 No Doubt that the FBI believe that FBI is Above the Law, the Court of Appeal and DJ Brinkema For the FBI Deny the Court of Appeal Order for a Month

(C Mail on 08/5/16)

2/07

and almost a week.

As this Court know I have provided to this Court two Memorandum from Supermax, ADX, language Specialist, A, Oliver acknowleging the FBI obstruction of Justice of the Court of Appeal Mail and my Informal Brief to expose the 9/11 CIA/Saudi & Attack.

I petition this Court of Leonie Brinkema give me legal guidance to vacate my Guilty Plea and to have a New 9/11 Trial with Robert Barnes as my Counsel.

(cm>> 1:01 cr-455(LMB))

This Court of Leonie Brinkema must know that I have exhausted many times the so call Grievance Procedure of the B.o.P, DOJ to No avail as ~~You~~ certainly knows. Once one finish the Grievance Procedure He must take it to Court with a lawyer. But in my case the FBI deny me a Robert Barnes to stop me to expose the CIA/Saudi 9/11 Attack involving CIA Michael Schauer, Frank Pellegrino, Saudi Prince Turki Al Faisal Al Saud, Saddam Hussein Pakistani General Gul, so call Sheikh Abu Hamza; Mustafa Kamal

c Mail one

Babar Ahmed, Sawad Al Madani, Saudi Princess Haifa Al Faisal Al Saud Omar Al Bayoumi, Jamal Kashoggi Yusuf Yosri (of TV Al Jazeera) Saddiq Khan (Mayor of London, UK, Imran Khan (Top UK lawyer) Ismael Anderson (of C.A.I.R.) Cat Steven (Singer) a/k/a Abu Yusuf

And as I inform this Court in the past Hussein Al Attas was the Real 20th Hijacker and I was a 747-400 Pilot to fly plane in the Canary Wharf tower in London, UK, with Richard Reid, John Lindh Walker and other

As I have informe this Court of Leonie Brinkema in 2001, Myself Hussein Al Attas, Imam Soaibo of Oklahoma, Bro Abdel Kader Bro Omar, poisoned to death with drug coktail 6 Americans Sodom & Gomorrean.

As I have informe this Court of Leonie Brinkema in the Past my Guilty Plea was exchange through Frank Dunham (socall Public Defender), Harry Samit and Frank Pellegrino against the liberation of Hussein Al Attas the Real

(Moussaoui   )   4(00)

20th Hijacker who was arrested with me in Minnesota.

As I have inform this Court of Leonie Brinkema upon my arrest by Harry Samit in St Paul Minnosota I inform Harry Samit of the FBI that I was working with the CIA and that he must not arrest me and contact Frank Pellegrino who I met with Saudi Prince Turki in Normac (OK).

As a very Experience Judge in terrorist case you Leonie Brinkema

you will understand that <u>Usama Bin Laden was the Useful Idiot and 9/11 was done by the CIA/Saud under the false Flag of Al Qaeda.</u> As an experience Judge You understand why the FBI deny me as a lawyer Robert Barnes and why the FBI try to Stop testifying for the 9/11 Victim Families and my 2014 To Sean Carter the <u>attorney of 9/11 Victim Familly and Evan Kholman (MSNBC)</u> was declare a "STATE SECRET"

Therefore as an Experience District Judge, I, Zacarias Moussaoui, in the Interest of 9/11 Justice petition You, Leon Brinkema to provide guidance in Order to vacate, terminate my Guilty Plea and to Order a New Trial of the 9/11 CIA/Saudi Attack carry out by the CIA/Saudi Useful Idiot Usama Bin Laden under the false Flag of AlQaeda

Slave of ALLAH
Zacarias Moussaoui
So call 20th Hijacker.

Supplement.

Your Court, Leonie Brinkema should also be aware that the FBI and the CIA through Ramzi Yusuf of the 1st WTC try to "bribe" to drop my testimony in exchange for the CIA to stop the Death Penalty against the uncle of Ramzi Yusof, Khalid Sheikh Mohamed (KSM) in the 9/11 Trial in GITMO under Presiding Judge Pohl.

* Exihibit: letter of Supermax, ADX language specialist A. Olive (07/27/20.).

Supplement.

Also Your Court Leonie Brinkema should know that the CIA/Saudi 9/11 Attack was approved by the Highest Islamic Authority of Saudi Arabia the then Vice Mufti of Saudi Arabia Sheikh Ibn Uthaimeen. The Vice Mufti of Saudi Arabia, Ibn Uthaimeen visited Usama Bin Laden in an Ultra Secret visit in 2000 accompagnied with Saudi Prince Turki Al Faisal Al Saud and General Gul Chef of the Pakistani Intelligence (ISI)

Usama Bin Laden was also visited by Sheikh Yusof Al Qardawi the Spiritul Islamic Leader of the Muslim Brotherhood with the Son of the Emir of Qatar And Usama Bin Laden was visited by Sheikh Mansour of Abu Dhabi and other Sheikh of the Arabian Gulf.

May the Curse of ALLAH be on the Liar, May the Curse of ALLAH be on the Liar May the Curse of ALLAH be on the ~~Ever~~ Liar May the Curse and Destruction be on Herf I Lie, Zacarias Moussaoui



**U.S. Department of Justice**
**Federal Bureau of Prisons**

Federal Correctional Complex
☒ Administrative Maximum Security Institution
☐ High Security Institution
☐ Medium Security Institution
☐ Minimum Security Institution

5880 State Highway 67 South
P.O. Box 6500
Florence, CO 81226

July 27, 2020

MEMORANDUM FOR:  To whom it may concern

FROM:  A. Oliver, Language Specialist

SUBJECT:  Delay in Sending of Court Mail for inmate Moussoui, Z. #51427-054

Per request from Z. Moussaoui, Register Number 51427-054, it is noted that mail sent dated by Mr. Moussaoui on July 14, 2020 addressed to U.S. Court of Appeals, Fourth Circuit, mail sent dated by Mr. Moussaoui on July 19, 2020 addressed to U.S. Court of Appeals, Fourth Circuit and mail sent dated by Mr. Moussaoui on July 19, 2020 addressed to District Judge Leonie Brinkema, U.S. District Court for the Eastern District of Virginia, was approved by the Federal Bureau of Investigation and was placed into the mail to be sent out on July 22, 2020.

I request that any delay in processing these mail items not be held against the inmate and be taken into consideration with regards to the court deadlines.

Thank you.

Exhibit in case 1:01-cr-455(LMB)

Also Your Court Leonie Brinken that with Babar Ahmed and his Group of London I was involved in making Counter Dollar withe Lash Qataba Group in Pakistan and Abd Allh Al Towajari of the famous Saudi familly Al Towajari and the Techical help of the Director of Darussalam the Saud Publishing Corporation

ZM

Mailon 07/30/20 case n° 1:01-cr-455 (LMB

Case no 1:01-cr-455(LMB)

# Supplement

Also Your Court, Leonie Brinkema should and already know that I met with Secret Service Agent Jerry Casey to which I detail my "evaluation" of Al Qaeda plan to blow up Air Force One and the assassination of the Clintons in the US.

And that I disclose in detail to FBI Agents James Fitzgerald, Robert Murphy, Efan Santiago and Harry my original Al Qaeda mission to blow up the US Embassy

in London (UK) and then the plan to blow up the US Embassy in Kulalampur Malazia with the 10 Tonnes of Ammonium Nitrate bought by Yazid Suffat, as Your Court know by the & Satelite Deposetion of Abu Bakar Bafana from Singapoor. ǂ Your Court should know that in 2015 I was interview by FBI Team of James Fitzgerald on Video Camera in which I disclos that I was Bin Laden to be use like Norrey

The Court of Leoni Brinkema must bear in Mind that I did Not give a complete account of my Terrorist activities for Bin Laden in collusion with the CIA and the Saudi.

In due course with my lawyer Robert Barnes, I will give a more definite account of my terrorist activities with Bin Laden, the CIA, the Saudi and others

Z.M.

LM 20.57427054.0803.M0-047

Name MOUSSAOUI

Reg. No. 51427-054

U.S. PENITENTIARY
P.O. Box 8500
Florence, CO 81226-8500

District Judge Leonie Brinkema
US District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5799

