IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

38/14/20                                    Rec'd 8-31-20

UNITED STATES OF AMERICA

              V                    |    1:01cr-455 (LMB)

ZACARIAS MOUSSAOUI
    a/k/a Shaqil
    a/k/a Abu Khalid Al Sahrawi

Motion For Clarification AND Reconsideration in

the Interests of 9/11 Victims, Familhes,

USS Cole Marines Victims Famillies,

US Embassy Victims Famillies in Africa

and All The Terrorist Victimes of the

Saudi Wahabi Jihadist like AlQaeda

To Vacate Zacarias Moussaoui, Fake Guilty

Plea and District Judge Leonie, M,

knowledge of the most important point.
For Who did I, Zacarias Moussaoui,
participated in the 9/11 Conspiracy?
For Who did I, Zacarias Moussaoui was
about To smash a 747.400, as a Pilot into
Canary Wharph Tower in London, UK on
September 11, 2001 in a simultaneous
Attach? I, Zacarias Moussaoui, thought
it was for ISLAM, for ALLAH and his
Prophet Mohamed (Peace Be Upon Him).
I did Not know that IT was for the
Saudi Royal Islamic Scam in Concert
with the CIA. I, Zacarias Moussaoui,
Did Not know that Saudi Prince Turki
Al Faisal Al Saud, Saudi Princesse Haifa
Al Faisal Al Saud, Saudi Prince Bindar
bin Sultan, Saudi Prince Walid bin Talal
Saudi Prince Naif bin Abdelaziz had
switch genuinely side and they, the
Saudi Royal Family supported the

Invasion of Afganistan which I did Not Know was a full scale invasion I, Zacarias Moussaoui, it was like after the US Embassy Bombing in Kenya and Tanzania a bit more bombardement but Not a full ground invasion.

Had I, Zacarias Moussaoui, know that the Saudi Prince Turki Al Faisal Al Saud had dupe, play the Useful Idiot and Usama Bin Laden and was supporting the Invasion of Afganistan I will never even pleded Guilty in a Million years. I, Zacarias Moussaoui, will have Told America and the World the True Story of the channebe Messiah Usama Bin Laden. How, Bin Laden carry out the US Embassy bombing USS Cole Bombing and 9/11 for Saudi Prince Turki Al Faisal Al Saud and CIA Michael Schauer. How Once I, Zacarias

Moussaoui convey to Bin Laden my misgiving as for him, Bin Laden To work "for" the CIA and the Saudi and me using the similarity with General Noriega Telling Bin Laden that He was going to be play like Noriega of Panama. who was work for the CIA and which the CIA use to justify and invasion To this crucial geopolitic country and the Panama Canal.

To this Noriega comparaison Usama Bin Laden successfully argue with Who pay for the Jihad against the Soviet in Afganistan, (the CIA (Saudi who Arm the Mujahideen (The CIA) who Train the Mujahideen (The CIA) who created, organize, finance the Madrassa, Islamic Fondementalist School (The CIA / Saudi )

who created the Taliban, Train them

41

equip them before they become officially
the Taliban. (The CIA, the Saudi
and ISI (Pakistany Intelligence).
Who train, equip Mullah Muhamed
Omar (The CIA, Saudi, I.S.I)
and so on. So Ben laden successfull
argument to me was the CIA and
the Saudi had successfully destroy
the Communist Empire so they, the
CIA and the Saudi could also
trigger the Destruction of the 'Zionist
Empire' as Bin laden put it.
So again I, ZM, had know the US
had invaded Afganistan I will have
"spill the bean" on the spot. I will
never had pleaded guilty from being
part of a CIA/Saudi &ISI Conspiracy
which culminate by the only True
Muslim Country in the worded. I gave
allegiance to Bin laden RidttAbga as



Jihadist, "Military" Leader But I gave on the Ficl of 2000 Allegiance to Amir Al Muemeneen Mullah Mohamed Oman, the Chef of the Believers Mullah Muhamed Oman. the Righteous Leader of Afganistan. Bin Laden had me folling him because he made me believe that He and Al Qaeda will be moving To Iraaq and I, ZM, even Taken personnally a letter To Sadolam Hussein with Saudi Prince Turki Al Faisol Al Saud. and Just before leaving Afganistan he intraoduce me to Abu Musab Al Zarkawi in Afganistan in 2001.

Second conceaning "Willingly".
As once you District Judge Leonie, M Brinhema, says "memoay facde" so from my best memoay, you, District Judge Leonie, M, Brinhema aska me at my Coulty Plea hearing and plea

If I, Zaccarias Moussaoui, was under stress To which I, ZM, respond No. This was Not the case at all. The fact speak for themselves, I had topled guilty on Hussein Al Attas (the True 20th Hijacker, who had given allegiance in Norman Oklahoma, and poisened with me 6 American from the Sodom & Gomorrah community, will have been in the death row box, Hussein Al Attas was going To be indicted he had confess, & to have follow to go on Jihad. If District Judge Leonie Brinkema you don't need to take my word you can Order him To testify and on read Hussein Al Attas word in the Original 302, FBI interview us Hussein Al Attas told in Manhattan BOP Detention that He had confess and I told him to go ahead and cooperate with They was

no need to be 3 one the death Row

When I say 3 I Refers To Yasid Suffat who Public Defender Frank Dunham. told me in No uncertain term that with the deposition in your Court, District Judge Leonie M, Brinkema, of Abu Bakar Bafana in which he testify on Camera and Satelite that the Yazid Suffat bought 10 Tonnes of Ammonium, ~~electrical~~ Nitrates, Yazid Suffat will be extradite To the US in a "heart beat" and on death Row with me in a "heart beat".

Not To forget that I knew that Hussein Al Attas did Not spill the bean on the other Al Qaeda in Norman, Oklahoma Imam Schoib, Bro Abddel harden and Bro Omar but I also knew that if one death Row Hussein Al Attas the Relegious verse in the Quaan, Allah do not ~~tremds~~ burden a person behond his ~~capabilities~~

6

and " You are only Responsible for
yourself " and a arrense which stipulate
that as long as you have belief in your
Heart you are allow to do what necessary
to save your skin, your life.
So I in brief Hussein Al Attas was
a "Time bomb" to sell everybody.
So I, Zacarias Moussaoui, pleaded
Guilty in a direct exchange with
Frank Pellegrino (CIA / FBI) through
Harry Samit By Frank Dunham
So Hussein Al Attas and Yazid
Sufaat of Malaysia will not be change
and extradite. And I, Zacarias Moussaoui
pleaded Guilty so Hussein Al Attas will
be free and not disclose the Al Qaeda
Sleeping Cell in Norman Oklahoma
So my, Zacarias Moussaoui, guilty
plea to the September 11 2001 was made
under duress and was Not willing

As for the New Trial, I, Zacarias Moussaoui, will petition you for a New Trial using the very same argument you District Judge Leonie Brinkema when the USA EDVA file to drop the Moussaoui case for 9/11 because they did Not want to bring as the Constitution of the United States of America guarantee in Article 6 the Right to Witnesses, Khalid Sheikh Mohamed, Walid Bin Attash, Ramzi bin Al Shibh as Witnesses. So You, District Judge Leonie Brinkema on the base of the Time, resources and the interest of Justice you will not allow the US Gov to terminate the prosecution of 9/11. So if I may say the same thing to your Court District Judge Leonie M. Brinkema, you should due to the Time (almost 20 years), resources (many hundred

of million of $ and billions from N.Y. the Pentagon and Shanksville) and (the interest of Justice for the 9/11 Victim Families which Trump classified, declare a State Secret my deposition who will have gave a small measure of Justice. So by Ordering a New Trial your District Judge Brinkema you will be giving Justice to the American 9/11 Victim families, the USS Cole Marines Victims Families, the US Embassy Victim in Kenya and Tanzania and All the Terrorist Victim of Al Qaeda, this evil Wahabiz Saudi Arabia Royal Family Organization created by Saudi Prince Turki Al faisal Al Saudi who was the Mentor of Bin Laden his Original "Sponsor" who send him on behalf of the Saudi Arabia Family and Government to fight the Jihad

against the Communist and for the
Sake of ALLAH. Once Usama Bin Laden
told me that Saudi Prince Turki Al
Faisal Al Saud was for him like a big
Brother, the olden Brother. you might
have disagreement but you know he
love you and you love him and you
Trust him. Yeah.

As for the SAM if you Distract Judge
Leonie, M, Brinkema was to vacate
my Guilty Plea and order a New Trial
the Trump administration will have
to be apply for a new SAM and
my Secret State Secret Deposition
to the 9/11 Victim family Lawyers
prove beyond any Doubt that the SAM
is Not Yo protect America the SAM is
for Silence Administratively Moussaoui
So Trump, the AG, the FBI can put the
"Saudi Royal First"

I, Zacarias Moussaoui, petition this District Court of the Eastern District of Virginia to Order to testify the 9/11 Victim Families lawyers who depose me, ZM, in 2014 in ADX, Fl, CO. namely:

Sean Carter of Cozen O'Connor

Andrew Maloney of Kreindler & Kreindler

Robert Haefele of Motley Rice

Even Kohlmann from Motley Rice, Consultant

Jenny Goldman of Anderson Kill

about the Facts the Saudi Prince Turki Al Faisal Al Saud, Saudi Princesse Haifa, Saudi Prince Walid bin Talal, Saudi Prince Bindar bin Sultan, Saudi Prince Naif bin Abdelaziz and the Vice Mufti of Saudi Arabi Sheikh Ibn Uthaimeen and Sawad Al Madani, Bahar Ahmed, Mustafa Kamal have deep connection with Al Qaeda to say the Least.

I, Zacarias Moussaoui, petition
this court District Court for the Eastern
District of Virginia to Order to testify
- CIA Michael Strawa Schauer.
- CIA/FBI Frank Pellegrino,
- FBI Harry Samit
- Gregory Young
- Manuelletta Dominique,
- James Fitzgerald
- Captain Riccolcal, who made death thread
   on 02/14/19.
- Lieutenant Scarborough who made
   death threat against me on 02/14/19.
- Lieutenant Sookdeo who made Death
   threat against me on 02/14/19.
so to establish there is a conspiracy to
cover up Saudi Prince Turki and
the CIA / Saudi 9/11 Attack and
a Conspiracy from obstruction of
Justice from the 9/11 victims Families.
Also this call the FBI to produce
the work product of the meeting

of 2015 in ADX with James Fitzgerald
Harry Smith, Robert Murphy, Elem
Santiago and the Video Recording
of this 2015 meeting.

and the work product of the meeting
in 2017 in ADX with Monvalletor
Dominique, Gregory Young and
BO Punit Manager Gomez and
BOP attorney Klett ( ADX).

I pre Zacarias Moussaoui, petition
District Judge Brinkema to place
me in protective custody as my
life have been threaten by ADX Staff
and inmate to stop me to testify
against the CIA / Saudi 9/11 Attack.

I, Zacarias Moussaoui, petition
District Judge Brinkema to Order
Joyce Ellen Rosendahl to Testify
and to produce all the communication
that as she was once my

my attorney at ADX. These communication
will show that I did not know about the
Saudi Royal had flip into your side
otherwise I will have understood that
Bin Laden and me had been dupe.
and I will have testify about the
CIA / Saudi 9/11 Attack in 2006
during my Fake Trial.

My Prophet Mohamed (Peace Be Upon
Him) say "The Greatest Jihad is to
Speak the Truth in front of a Tyran.
and to be killed for it".

May the Curse of ALLAH be on the Liar.
May the Curse of ALLAH be on the Liar.
May the Curse of ALLAH be on the Liar.
May the Curse of ALLAH be on the Liar and his
Anger.

Slave of ALLAH
Zacarias Moussaoui.

# Additional Petition

I, Zacarias Moussaoui, petition this District Court of District Judge Leonie Brinkema to call, to order to Best Testify the Deputy of the Alexandria Detention Center.

- Deputy Tharp.
- Deputy Davie
- Deputy Davie
- Deputy Brosius

To establish that a News Blackout was implemented against me during my detention.

Slave of ALLAH
Zacarias Moussaoui

# Final Argument

the Supreme Court of the United
State of America has declared the
the Relation between an attorney
and his defendant is "characterized
by Trust". So the Court knew
there was Never any Trust between
me and any of the Attorney, whether
Frank Dunham who I got to know
both be yond ~~knew~~ corrupt of an
Ex Prosecutor he was when he "arrange
d" the deal between Frank Pellegrino
and me through Harry Samit
As For Ed Mahon, Jerry you Zerkin
know how deep was our mutual
dislike, as for Alan Yamamoto
because I had to ~~keep~~ keep Relation
with somebody so I will not be branded
a lunatic who will have increase my
chance to get the death Penalty. Because

Jurors might decide to put in Jail
a religious zealot, an Islamic
Fundamentalist and they deal with
with even by 1 but Jurors don't take
a chance with an unstable time bombe.
r a crazy dude that it is the only
reason I talk to Yamamoto, who
is, was polite but politeness is not
Trust. My Faith preclude I Trust
any Non Muslim, the only thing
I can Trust is Common interest,
like the 9/11 Family lawyer have
a common interest to Expose the
Saudi Al Qaeda but I am Not Naive
like in Lockerbie Bombing with
the Colonel Kadafi of Libya he pay
2 or 3 billion a $ and he, Kadhafi
came to NY and had a photo with Obama
and JZ and Beyonce went to
party for Kadafi etc

So I now that the all lawyers

are for the Benjamin's Period.

As for me the Only one I trust is

The One above

Slave of ALLAH

Zacarias Moussaoui

M-20-51427054-0814-M0-001

Name: MOUSSAOUI

Reg. No: 51427-059

U.S. PENITENTIARY MAX
P.O. Box 8500
Florence, CO 81226-8500



RECEIVED
MAILROOM

AUG    2020

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Leonie, M, Brinkema
District Judge
US District Court for the Eastern
District of Virginia
401 Courthouse Square, Alexandria,
Virginia 22314-5799