# In the Name of ALLAH

Rec'd 8-25-20
01-cr-455

## In the US District Court for the Eastern District of Virginia Alexandria Division

United States of America

v.                                1:01-cr-455(LMB)

ZACARIAS MOUSSAOUI

### Motion For Information

In Order To follow the Order of your Court DJ Brinkema to file my motion in Colorado I need to know if I am so call indigent and I do I qualify for Pauperus status.

So I petition your Court to inform me If in your record you have the contact information of my bank and my bank account that I had in Norman Oklahoma.

It might be hard to believe but in this almost 20 yrs I have no information about my money in my Norman OK Bank. I do Not even remember the name for sure but I know for certain that

I had money to a level that disqualify me as Indigent and Paeperus.
Of cours if I had a lawyer, he will take care of this issue but thank to the SAM I have No access to lawyer or to the money to file my motion myself Prose So this FBI Catch 9/11 Deny you a lawyer with the SAM. and the money to file Prose your motion to challenge the SAM. It works for 20 years.

Slave of ALLAH
Zacarias Moussaoui

CM-20-5142 7054-0814-MO-054

Name: MOUSSAOUI
Reg. No.: 51427-054

US PENITENTIARY MAX
P.O. BOX 8500
Florence, CO 81226

<!-- postmark: DENVER CO 802, 21 AUG 2020 PM 5 -->
<!-- stamp: FOREVER USA PURPLE HEART -->
<!-- RECEIVED MAILROOM AUG 25 2020 CLERK U.S. DIST... -->

U.S. MARSHALS SERVICE

Leonie M. Brinkema
District Judge,
US District Court, Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314-5799