IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RECEIVED
MAILROOM
- 8 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Plaintiff  Zaccarias Moussaoui

Defendant.  Joyce Ellen Rosendahl

Complain   Obstruction of Justice.

This Count Should know that a Fake.
Attorney from Day One, a Saudi Plant.
who Deceived Me thank To Mohamed
Orwali a/k/a Abu Rachid, US Embassy
Bombing in Kenya and Ramzi
Yusuf For who Joyce Ellen Rosendahl
was their lawyers.

It will have been a She say He say story
But there is the Smoking Gun, the Smoking
Letter that Saudi Plant Attorney case.
Joyce Ellen Rosendahl Sent me