MAILROOM
OCT - 5 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Clerk of the District Court.

09/10/20.

Slave of Allah
Zacarias Moussaoui
Reg N° 51427-054

Subject: Michael Flynn withdraw Guilty plea copies and Government Pleading in support and D Judge Full ruling.

Greeting, I like to request copies of Michael Flynn, General US Army, National Security Adviser of US President Donald Trump, pleading to withdraw of his Guilty plea for perjury in front of your District Court Judge.

Also I request the Government pleading in support of Michael Flynn withdraw of Guilty plea. and the full district Judge ruling deny the Michael Flynn Guilty plea withdraw.

If you charge for these documents could you indicate to me the charge by items and the mode of payment and if you have specific payment for Federal inmate and federal inmate indigent.

Thank You.
Zacarias Moussaoui

Also if you can provide the pleading of Michael Flynn in the Court of Appeal and the Government and the Court of Appeal full ruling I will also Request them.

Thank You
Moussaoui

CM-20-51427054-0924-M0-180

Name: MOUSSAOUI
Reg No: 51427-054
U.S. Penitentiary MAX
P.O. Box 8500
Florence, CO. 81226-8500

DENVER CO 802
30 SEP 2020 PM 5 L

Clerk
US District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria Virginia 22314-5799

22314-579899