11/24/20

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA

v.                                   1:01-cr-455 (LMB)

ZACARIAS MOUSSAOUI
a/k/a "Shaqil"
a/k/a "Abu Khalid al Sahraoui"

FILED
MAIL ROOM
MAR - 8
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Mr. Zacarias Moussaoui, Motion To Withdraw Plea of Guilty for the CIA/Saudi Royal September 11, 2001 Attack against the World Trade Centre, Pentagon and the White House.

Contrary to the fake History, the 9/11 Attack was Masterminded by Saudi Prince Turki Al Faisal Al Saud and CIA Michael Scheuer using the Useful Idiot Usama Bin Laden and the false Flag of Al Qaeda

I, Zacarias Moussaoui, was due to smash my 747-400 in the Canary Wharf Tower

in London, UK. My, Zacarias Moussaoui (ZM) 747-400 Hijackers Team was to simultaneously attack the London Tower on September 11, 2001.

My, ZM, 747400 London Tower Team was composed of Richard Reid, John Lindh Walker, Yazid Sufat, Abu Bakr Bafana, Baban Ahmed, a/k/a Sacwad Al Madani, a/k/a Abde Azim, a/k/a Abu Oman Al Gujuraty (also Abu Issa), Saqqib Ahmed (a/k/a Abu Talal), a/k/a Abdel Hamid,

Contrary to the Fake History and Fake News the Real 20th Hijacker was Hussein Al Attas who was arrested with Me, ZM, in St Paul Minnesota in August 2001 and then free by the FBI before 9/11 after I, ZM, told FBI Agent Harry Samit that I,