US District Judge
Leonie Brinkema
05/13/24

Zacarias Moussaoui
Reg n° 51427-054
case 1:01-cr-455 (LMB)

Object:
Death sentence by Executive Presidential Order.

Greeting

Your Honor, as presiding and sentencing judge your court sentenced me at life without parole.

Instead your Honor might concur that there is a possibility if not a probability that if the Ex US President Donald Trump was to be reelected & he will sentence me to death by presidential executive order.

Indeed, I was warn by attorney Charles Freeman and Professor Reza that US law permit the US President to sentence to death any federal prisoner deem to be a threat to National security.

I believe Your Honor and your court is aware that in 2014 I gave a court deposition in the 9/11 civil case in front of US District Judge Daniel in New York.

Subsequently my deposition was to my truthful and honest knowledge through the media declare a "State Secret" a first in the US legal history according to the report.

Then in 2015 I had an interview on video in which Harry Samit (FBI) told me that I was a threat to national security as he and James Fitzgerald, Efan Santiaga and Robert Murphy (FBIs) were interviewing me.

Your Honor and your court will understand that due to the case of Michael Flynn in which the US Attorney Barr withdraw the charges against Michael Flynn, once Trump President National Security advisor after Michael Flynn pleaded guilty and was due for sentencing to the best of my knowledge.

This action by the US President and the US attorney general make me believe that it is not far fetch to imagine anticipate that I will be sentence to death as a threat to national security. Not to forget it will be at the acclaim of the general public and open the door for anybody else deem to be threat to national security.

Since 2022 I have pledge my collaboration to the US government against Al Qaeda and all his members such as KSM in the 9/11 and recanted my fake, false deposition in the 9/11 civil case. I am waiting for a response but I'm still and even more committed to testify against all the so call Jihadist, Al Qaeda, Hamas etc...

In the meantime there is the real prospect that the Ex President is reelected and therefore the election I want to apply to this court and the US government to be transfer to France to finish my sentence

Even If I was not sentence to a term of years your Court could agree that because the average life expectancy for a federal inmate is 65 yrs and I am 56 yrs. and I already serve 23 yrs in Solitary confinement in super max. 18 yrs. which. And the guidance to finish your sentence is to have serve at least half of your sentence and because I already serve 23 yrs with 9 yrs to live according to the federal prison guideline and is I believe that a proper lawyer could plead to this your court. that I could be transfer to France to serve the rest of my life sentence and before the potential inauguration a Ex President Trump.

May your Honor and court believe that I come to the under standing that 9/11 was maybe a tactical success but a strategic disaster who perpetuated the falacy that America and the

West are the problems. Whereas the problems is the Wabi and the crazy of Islam the wannabe Messia like Bin Laden, ISIS, Hamas all bringing unbelievable misery to the Muslim and falling to to speak the Truth and the Good news of the return of the True Messia Jesus the Son of the Virgin Mary Peace be Upon them.

May Your Honor and your Court direct the DOJ to allow me to contact and retain a lawyer such as my lawyer in the Court of Appeal. Arnold & Porter and Joycee Ellen Rosendahl also approved under the "SAM" in the past and had on has my belonging after sentencing.

May Your Honor and or your Court enter an order as soon as Your Court find it appropriate and grant me my different request, petition.

Zacarias Moussaoui   05/13/24.