29 July 2024

Dear Judge Brinkema,

    My sister, Laura Rockefeller, died in the North Tower of the World Trade Center on September 11, 2001. I wrote to you in 2006 after Zacarias Moussaoui pleaded guilty to charges in your court. I have always appreciated the care with which you handled my concerns, and the opportunity I was afforded to present a victim impact statement on behalf of the defense during Mr. Moussaoui's sentencing.

I am writing today because I have heard that some 9/11 family members have been asked to express their thoughts on a possible transfer of Mr. Moussaoui to France. I am trying to determine if this is true or if they have been misled by confusing press concerning Mr. Moussaoui's May 13, 2024 letter to you.

I would be interested in making my thoughts known, but no one ever contacted me, despite the fact that I am the person registered with the Department of Justice and the FBI to receive information concerning legal matters related to 9/11.

I would greatly appreciate clarification concerning exactly what is going on. My address is above; email and phone are below.

With appreciation, most sincerely,

Terry Kay Rockefeller